IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DERRICK L WALKER,**

 *Plaintiff,*

**v.**           CASE NO. 1:19cv212-MW/GRJ

**THOMAS EATON, et al.,**

 *Defendants.*

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is accepted and adopted as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for lack of subject matter jurisdiction and as frivolous." The Clerk shall close the file.

**SO ORDERED on November 25, 2019.**

             s/Mark E. Walker    
             **Chief United States District Judge**